## 11853.  VINSON v. THE STATE.

LUKE, J.  This case is controlled by the decision of this court in *Butts* v. *State*, 26 *Ga. App.* 40 (105 S. E. 372), the defendant and Butts being jointly indicted for the offense of burglary.

Judgment affirmed. *Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 28, 1921.

Indictment for burglary; from Jasper superior court — Judge Park.  September 1, 1920.

*W. S. Florence*, for plaintiff in error.

*Doyle Campbell, solicitor-general* contra.